IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
        v.                    )      Criminal No. 05-62
                              )
STEPHEN DONALDSON             )

ORDER OF COURT

AND NOW, to wit, this $\underline{16}^{\text{q}}$ day of $\underline{\text{Feb}}$, 2011,

upon consideration of the Motion to Dismiss Indictment, heretofore

filed by the United States of America, IT IS HEREBY ORDERED that

said Motion is GRANTED.

IT IS FURTHER ORDERED that the Indictment at Criminal No.

05-62 as to defendant Stephen Donaldson is hereby DISMISSED.

UNITED STATES DISTRICT JUDGE

cc: Counsel for Defendant
    United States Attorney
    United States Marshals Service
    Pretrial Services